UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

United States of America,
   Plaintiff

v.

Wanda Ivelisse Saez Acosta, et al.
   Defendants

CASE NUMBER: 97-2529 (HL)

| MOTION |
|---|
| Date Filed: 3.30.00   Docket # 12   [x] Plffs [] Defts   [ ] Other<br>Title: Motion for Leave to Continue with Foreclosure |
| **ORDER** |
| Granted. |

Date 6/12/00

HECTOR M. LAFFITTE
Chief U.S. District Judge


