IN THE UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
(Rural Development)                         CIVIL NO. 97-2529 (HL)

    Plaintiff
                                             ACTION FOR:
    vs.

WANDA IVELISSE SAEZ ACOSTA t/c/c            FORECLOSURE
WANDA I. SAEZ ACOSTA, GENARO
PAGAN LAGOMARSINI and the
Conjugal partnership constituted
by both

    Defendants
------------------------------------------------

ORDER FOR CANCELLATION OF JUNIOR LIEN

    WHEREAS, Upon the Foreclosure of the mortgage executed in favor of favor de Rural Development, an agency and instrumentality of the United States of America, for the principal sum $44,340.00 as deed no. 35 before Notary Public Oscar Castellón Pérez, the United States Marshal appointed herein at a public sale, sold to Arquelio Acosta Oliveras the premises described hereinabove. Said property is recorded in the Registry of Puerto Rico, of San German, Sabana Grande Section, page 16 volume 247 of Sabana Grande, property number 11,452.

    WHEREAS, the following junior lien(s) exist(s) on said property:

    a)    En el Tribunal de Distrito de los Estados Unidos de América para el Distrito de Puerto Rico, se radicó Demanda en Ejecución de hipoteca, en el caso civil 97-2329 (HL) seguido por United States of America vs. Wanda Ivelisse Sáez Acosta y Genaro Pagán Lagomarsini y la Sociedad Legal de Gananciales compuesta por ambos, por la suma de $40,969.02, anotado al folio 16 del tomo 247




Order                              -2-              97-2529 (HL)

de Sabana Grande, finca número 11,452 el día 4 de marzo de 1998.

WHEREAS, Said property was sold at public auction for the sum $51,000.00 to Arquelio Acosta Oliveras, which sales as confirmed and which description of said property is as follows:

---**URBANA**: Solar de forma rectangular identificado con el número Uno (1) del Bloque "S" en el plano de inscripción de la Urbanización Extensión San José en el Barrio Santana del Municipio de Sabana Grande, Puerto Rico. Tiene una cabida superficial de **Trescientos noventa y siete metros cuadrados con Trescientos setenta y cinco milimetros de otro metros cuadrado (397.375mc.).** En lindes por el **NORTE**, en distancia de dieciséis metros (16.00) con Luis Lugo Rodríguez, por el **SUR**: en distancia de doce punto cincuenta metros (12.50) con la Calle número diez (10); por el **ESTE**, en distancia de veinticinco metros (25.00) con lote número dos (2) y por el **OESTE**, en distancia recta de veintiuno punto cincuenta metros (21.50) y distancia curva de cinco punto cuatrocientos noventa y ocho metros (5.498) con la calle número tres (3).---------------------------------------------------------------

---Enclava en dicho solar una estructura construída en hormigón armado y bloques que consta de tres dormitorios, sala, comedor, cocina, un balcón, marquesina y "laundry", destinado a vivienda familiar.-------------------------------------------------------------

WHEREAS: Having complied with all the requirements of law, the purchaser, Arquelio Acosta Oliveras, are entitled to have the above mentioned Junior Lien(s) duly cancelled in the Registry of property.

WHEREFORE, it is ordered by this Court that the Registrar of Property of Puerto Rico, San German, Sabana Grande Section, proceed to cancel the aforesaid Junior Lien(s), or in the event said Junior lien(s) has not been registered, deny the same together

Order                    -2-           97-2529 (HL)

with any and all entries made subsequent to the annotation of the complaint in this case.

    The clerk of this Court is hereby ordered to issue a Writ directed to the Registrar of Property of Puerto Rico, San Germán, Sabana Grande Section, so that the said public official complies with said Order.

    At San Juan, Puerto Rico, this 17th of June 2002.

_____
UNITED STATES MAGISTRATE JUDGE